UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT G. CARD,

       Petitioner,                     CASE NO. 4:24-CV-12452

v.                                      HON. F. KAY BEHM
                                        U. S. District Judge

KIM CARGOR,

       Respondent.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order entered on this date, this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                        s/F. Kay Behm
                                                        F. Kay Behm
Dated: June 23, 2025                    United States District Judge