UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT G. CARD,

    Petitioner,                             CASE NO. 4:24-CV-12452
                                                 HON. F. KAY BEHM
v.                                              U. S. District Judge

KIM CARGOR,

    Respondent.
_____/

**OPINION AND ORDER DENYING AS MOOT THE MOTION FOR
PAUPER STATUS ON APPEAL (ECF No. 14)**

    Petitioner Robert G. Card filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, through counsel Robert J. Dunn. This Court denied the petition for a writ of habeas corpus, declined to issue a certificate of appealability, but granted Petitioner leave to appeal *in forma pauperis*. *Card v. Cargor*, No. 4:24-CV-12452, 2025 WL 1739369, at *1 (E.D. Mich. June 23, 2025).

    Petitioner has now filed a Notice of Appeal. (ECF No. 10). Petitioner also filed a motion for pauper status on appeal. (ECF No. 14).

    This Court already granted Petitioner leave to appeal *in forma pauperis,* it is thus unnecessary for Petitioner to again obtain permission to proceed *in forma pauperis* on appeal. Petitioner's current motion to proceed in forma pauperis is denied as moot. *See McMillan v. McKune,* 16 F. App'x 896, 897 (10th Cir. 2001).

1

According, it is ordered that the motion for pauper status (ECF No. 14) is **DENIED AS MOOT.**

**SO ORDERED.**

Dated: September 3, 2025                    s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge